

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00505-CV

**IN THE INTEREST OF J.A.D.B.**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA00164
Honorable Charles E. Montemayor, Associate Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's Final Order in Suit Affecting the Parent-Child Relationship is AFFIRMED. No costs of appeal are taxed against appellant.

John F. Davis's motion to withdraw as counsel is DENIED.

SIGNED April 20, 2022.

_____
Liza A. Rodriguez, Justice